# United States District Court
# District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 23-9114 |
| CHRISTOPHER MATTHAEI | : | **ORDER FOR CONTINUANCE** |

      This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jennifer Kozar, Assistant United States Attorney), and defendant Christopher Matthaei (Christopher DeGennaro, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including July 31, 2023 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and one prior continuance having been entered upon application of the parties; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) The parties may engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___ day of May, 2023

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including July 31, 2023; and it is further

ORDERED that from the date this order is signed through and including July 31, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

s/Cathy L. Waldor 5/18/23
_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry consented to:

_____
Jennifer Kozar
Assistant United States Attorney

_____
Christopher DeGennaro, Esq.
Counsel for Defendant Christopher Matthaei

Approved by:

_/s/ Joshua L. Haber_____
Joshua L. Haber
Chief, Economic Crimes Unit